**FORM 1**
Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-80031 | | | Trustee Name: | Charles E. Covey |
|---|---|---|---|---|---|
| Case Name: | DELLINGER, JIMMY R. AND DELLINGER, RACHEL M. | | | Date Filed (f) or Converted (c): | 01/09/2017 (f) |
| For the Period Ending: | 06/30/2018 | | | §341(a) Meeting Date: | 02/22/2017 |
| | | | | Claims Bar Date: | 05/30/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home 1208 E. Rouse Avenue Peoria Heights, IL - 61616-0000 Peoria 3BR, 1BA, Single Lot | $70,000.00 | $0.00 | | $0.00 | FA |
| 2 | Timeshare Timeshare in Riviera Maya, Mexico | $5,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2012 Mitsubishi Galant mileage: 50,000 | $8,000.00 | $0.00 | | $0.00 | FA |
| 4 | 2016 Chrysler Town & Country mileage: 16,000 | $30,000.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. Household Goods, Furnishings & Jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. Consumer Electronics | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Necessary Wearing Apprel | $200.00 | $0.00 | | $0.00 | FA |
| 8 | 2 Dogs | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Checking Chase Bank | $300.00 | $0.00 | | $0.00 | FA |
| 11 | Checkin CEFCU | $600.00 | $0.00 | | $0.00 | FA |
| 12 | Savings CEFCU | $10.00 | $0.00 | | $0.00 | FA |
| 13 | 401(k) Employer | Unknown | $0.00 | | $0.00 | FA |
| 14 | Anticipated 2016 Income Tax Refunds Federal & State | $5,000.00 | $0.00 | | $3,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Asset**

|  | $120,710.00 | $0.00 | | $3,000.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 07/17/2018 | TFR was never completed and emailed to UST.  Doing so now. |
| 06/14/2017 | CLAIMS REVIEWED |

**Initial Projected Date Of Final Report (TFR):**   07/10/2017          **Current Projected Date Of Final Report (TFR):**   07/18/2018          /s/ CHARLES E. COVEY

CHARLES E. COVEY